IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JACKSON ALEXANDER,

      Appellant,

 v.                                    Case No.  5D22-2306
                                            LT Case No. 2016-CF-0063-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 20, 2022

3.800 Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Jackson Alexander, Florida City, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.